# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ELMER KAHLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV220** |
| vs. | ) | |
| | ) | **ORDER** |
| **BNSF RAILWAY COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the Court on plaintiff's motion to file a redacted version of the complaint (Filing No. 6). The Court finds said motion should be granted. Accordingly,

    **IT IS ORDERED:**

1) The Clerk shall seal plaintiff's original complaint (Filing No. 1).

2) Plaintiff shall file a redacted version of the complaint on or before May 27, 2005.

    **DATED May 23, 2005.**

                                    **BY THE COURT:**

                                    **s/ F.A. Gossett**
                                    **United States Magistrate Judge**