IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ELMER KAHLER,** | ) | **Case No. 8:05CV220** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **BNSF RAILWAY COMPANY** | ) | |
| **(Individually and as Successor-in-** | ) | **ORDER** |
| **Interest to the Burlington Northern** | ) | |
| **Inc., Chicago Burlington & Quincy** | ) | |
| **Railroad Company, Burlington** | ) | |
| **Northern, Inc., and Burlington** | ) | |
| **Northern Railroad Company),** | ) | |
| | ) | |
| **Defendant.** | ) | |

**IT IS ORDERED:**

The defendant's unopposed motion to continue the "meet and confer" obligations set forth in the progression order and, accordingly, the deadline for filing the parties' report of planning conference, filing 14, is granted.

The parties are hereby given until September 19, 2005 to electronically file their Rule 26 meeting report.

**DATED July 20, 2005.**

   BY THE COURT:

   s/ F.A. Gossett
   **United States Magistrate Judge**