

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-250)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,842 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

PAGE 1 OF 2

## SCHEDULE CTO-250 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DIST. DIV. C.A. #**                  **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 3 05-1461            Manuel Rampola, et al. v. Viacom, Inc., et al.

ILLINOIS NORTHERN
  ILN 1 05-1989            Wilmer Moore v. Union Pacific Railroad Co.

ILLINOIS SOUTHERN
  ILS 4 05-4104            Stanley Pepple, et al. v. Illinois Central Gulf Railroad Co.
  ILS 4 05-4108            Daniel Maynor, et al. v. Illinois Central Gulf Railroad Co.

MASSACHUSETTS
  MA 1 05-10812            Beverly Pearson, et al. v. Metropolitan Life Insurance Co., et al.

MARYLAND
  MD 1 05-1181             Richard Peamon v. Celotex Asbestsos Settlement Trust

MINNESOTA
  MN 0 04-4239             Daniel Clarence Gallagher v. Garlock Sealing Technologies, LLC, et al.
  MN 0 05-1126             Harvey Edward Hall v. Garlock Sealing Technologies, LLC, et al.
  MN 0 05-1194             Francis Wayne Coy v. Garlock Sealing Technologies, LLC, et al.
  MN 0 05-1195             Richard Willard Eklund v. Garlock Sealing Technologies, LLC, et al.
  MN 0 05-1196             Kent Ernest Flaada v. Garlock Sealing Technologies, LLC, et al.
  MN 0 05-1197             Harry A. Friesner v. Garlock Sealing Technologies, LLC, et al.
  MN 0 05-1198             Floyd Raymond Grover v. Garlock Sealing Technologies, L.L.C., et al.
  MN 0 05-1199             Lester Leroy Haveri v. Garlock Sealing Technologies, LLC, et al.
  MN 0 05-1200             Joseph Lawrence Heitzman v. Garlock Sealing Technologies, L.L.C., et al.
  MN 0 05-1201             Darfrel Floyd Johnson v. Garlock Sesaling Technologies, LLC, et al.
  MN 0 05-1202             Harold Waino Johnson v. Garlock Sealing Technologies, LLC, et al.
  MN 0 05-1203             Herbert James Johnson v. Garlock Sealing Technologies, LLC, et al.
  MN 0 05-1205             Daniel Joseph Kedrowski v. Garlock Sealing Technologies, LLC, et al.
  MN 0 05-1206             Raymond W. Lindberg v. Garlock Sealing Technologies, LLC, et al.
  MN 0 05-1207             John Frederick Rokser v. Garlock Sealing Technologies, LLC, et al.
  MN 0 05-1208             Allen Eugene Scott v. Garlock Sealing Technologies, L.L.C., et al.
  MN 0 05-1209             Richard Roy Tornow v. Garlock Sealing Technologies, LLC, et al.
  MN 0 05-1210             David Luther Trach v. Garlock Sealing Technologies, LLC, et al.

MISSISSIPPI SOUTHERN
  MSS 1 05-291             William C. Fells v. Chevrolet Motor Co., et al.
  MSS 1 05-292             Burnell Morgan v. Auto Zone, Inc., et al.
  MSS 1 05-295             Ulysses George v. Auto Zone, Inc., et al.
  MSS 1 05-296             Joseph George v. American Brake & Clutch, Inc., et al.
  MSS 1 05-311             William Johnson, Sr., et al. v. Metropolitan Life Insurance Co., et al.
  MSS 1 05-312             Marvin Jefferson, et al. v. Crane Co., et al.
  MSS 1 05-313             Bobby Lee Bolton, et al. v. A.P. Green Refractories Co., et al.
  MSS 1 05-314             Archie Nicols v. Metropolitan Life Insurance Co., et al.
  MSS 1 05-315             W.C. Laird v. A.P. Green Refractories Co., et al.
  MSS 1 05-316             Harry Borden Stewart, et al. v. Metropolitan Life Insurance Co., et al.
  ~~MSS 1 05-328~~             ~~Charles Bunnell v. Metropolitan Life Insurance Co., et al.~~   Opposed 8/16/05

SCHEDULE CTO-250 - TAG-ALONG ACTIONS                                    PAGE 2 OF 2

**DIST. DIV. C.A. #**            **CASE CAPTION**

NORTH CAROLINA MIDDLE
  NCM 1 05-377                   Kenneth Arnold Poteat, Jr., et al. v. Aqua-Chem, Inc., et al.

NEBRASKA
  NE 8 05-214                    Gordon Sanders v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-218                    Larry Miller v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-219                    Ronald Ringland v. Burlington Northern & Northern Railway Co.
  NE 8 05-220                    Elmer Kahler v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-221                    James Kremarik v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-222                    Alan Fisher v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-223                    Ray Moyer v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-224                    Gary Heckathorn v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-225                    Larry Nelson v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-226                    John Elliott v. Burlington Northern & Santa Fe Railway Co.

NEW YORK WESTERN
  NYW 1 05-278                   Antonio Brevetti v. Chemical Waste Management, Inc., et al.

SOUTH CAROLINA
  SC 2 05-1581                   David H. Howe, et al. v. Aqua-Chem, Inc., et al.
  SC 8 02-1974                   Richard L. Russell, et al. v. ACandS, Inc., et al.
  SC 8 05-1871                   Jennie L. Boggs, etc. v. Aqua-Chem, Inc., et al.

TEXAS SOUTHERN
  TXS 2 05-317                   Adelina N. Mendoza, et al. v. Reynolds Metals Co., Inc.

VIRGINIA EASTERN
  VAE 4 05-2929                  James Fred Keeton, Jr. v. ACandS, Inc., et al.
  ~~VAE 4 05-2951~~              ~~Harriett C. King v. Northrop Grumman Systems Corp., et al.~~   Opposed 8/19/05
  VAE 4 05-2952                  Percy Thomas v. Union Carbide Corp., et al.

WISCONSIN WESTERN
  WIW 3 05-219                   Barbara Connell, et al. v. A.W. Chesterton Co., et al.

PAGE 2 OF 2